70,098-04

Honorable Able Acosta, Clerk
Court of Criminal Appeals
Box 12308, Capitol Station
Austin Texas 78711

Paul R. Desilets #1581093
1200 FM 655
Rosharon Texas 77358
Ramsey-2 Unit
September 27 2015

RE: Cause No 08-12-11262-CR I,-II, Ex Parte Paul Raye Desilets
Change of address due to a retaliatory Transfer

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015
Abel Acosta, Clerk

Dear Mr. Able Acosta,

I am informing The Court of Criminal Appeals of my Change of address due to being subject to a retaliatory Transfer for my access to Courts, redress of grievances and filing of Civil action 4:15-cv-900 against Mr. William Stephens of T.D.C.J. as told to me by warden bussels and Capt. Hodges of The Luce unit.

Further, I have filed an Order of preliminary Injunction and for Protective Order with The Hon Hoyt of The Southern District Court, Houston Division, in hope that I not be further harmed by denial of basic human needs, assault, or accidental death.

Could you please file This with The records of the Court and accept the Change of address. Thank you for your attention in This matter.

C.C. U.S. Dist Court, Hon Judge Hoyt.
Texas Court of Criminal Appeals
Senator John Whitmire - C.J.C.
Senator Creighton - Woodlands
Mr. Ken Paxton - Attorney General
Mr. Johnathan Smith - Dept. of Justice
Civil Rights Div. Washington, D.C.

Respectfully Submitted

Paul R. Desilets
1200 F.M. 655
Rosharon Texas 77358
R.2 Unit